# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL ANTHONY BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF THE DISTRICT )<br>ATTORNEY, *et al.*, )<br>)<br>Defendants. ) | Case No. CV415-179 |

## **REPORT AND RECOMMENDATION**

This Court gave inmate-plaintiff Michael Anthony Brown until August 1, 2015 to comply with 28 U.S.C. § 1915, *in forma pauperis* filing requirements. Doc. 3 at 5. It warned him that his failure to comply will result in a recommendation of dismissal. *Id*. But the Court's last Order has been returned as "undeliverable." Doc. 4. Per Local Rule 11.1, it was Brown's continuing duty to keep the Court apprised of his current address. Without it, the Court cannot move this case forward or even communicate with plaintiff.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's

complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 30th day of July, 2015.

**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**