# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL ANTHONY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV415-179 |
| | ) |
| OFFICE OF THE DISTRICT | ) |
| ATTORNEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This Court gave inmate-plaintiff Michael Anthony Brown until August 1, 2015 to comply with 28 U.S.C. § 1915's *in forma pauperis* ("IFP") filing requirements. Doc. 3 at 5. It warned him that his failure to comply would result in a recommendation of dismissal. *Id.* After that Order was returned as "undeliverable," doc. 4, the Court entered a Report and Recommendation (R&R) advising dismissal on abandonment grounds. Doc. 5. Responding to that R&R, Brown now insists that he has been at the County Jail address he initially supplied, yet that R&R is the first time that he is hearing from this Court. Doc. 7.

Giving him the benefit of the doubt, the Court **VACATES** its R&R (doc. 5) and DIRECTS the Clerk to re-serve him with its July 2, 2015 IFP Order, doc. 3.

**SO ORDERED,** this  12th  day of August, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA