FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JAN 27 PM 12:55

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL ANTHONY BROWN,  )
                        )
      Plaintiff,        )
                        )
v.                      )         CASE NO. CV415-179
                        )
OFFICE OF THE DISTRICT  )
ATTORNEY; OFFICE OF THE PUBLIC )
DEFENDER; JUNE FOGLE, Senior )
Assistant Public Defender; and )
LAUREN PURVIS, Assistant )
District Attorney;      )
                        )
      Defendants.       )
                        )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of January 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA